Foggia Builders, Inc., Appellant, *v.* RJD Construction Company, Inc., et al.

Argued March 15, 1976. *Allen L. Feingold,* with him *A. L. Feingold Associates,* for appellant; *Stephen J. McEwen, Jr.,* with him *Walter*

*T. ReDavid,* and *Liebert, Short, Fitzpatrick & Lavin,* for appellees.

Order affirmed.